UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EFREN LOPEZ ET AL

VS                                                                CASE NO.08 CV 2305

MC D'S PIZZA, INC. ET AL

T P ZIEMANN                Being first duly sworn on oath deposes and says that he is a registered employee of a Licensed Private Detective Agency #117-000852.

That he served the within     SUMMONS IN A CIVIL CASE
                                     COMPLAINT

On the within named Defendant, LEODORO        GUTIERREZ,

and informed him of the contents on 06/07/2008.

****************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

| | | |
|---|---|---|
| Sex: | MALE | Height: 6'01" |
| Race: | LATINO | Weight: 185 |
| Age: | 35 | |

The place and time of day where the documents were served was as follows:

Place:        5648 W. CHICAGO AVENUE
               CHICAGO, IL 60651

Time:         10:00AM

****************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 06/07/2008

_____