UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EFREN LOPEZ ET AL

VS                                           CASE NO.08 CV 2305

MC D'S PIZZA, INC. ET AL

T P ZIEMANN            Being first duly sworn on oath deposes and says that he is over the age of 18 and not a party to this action.

That he served the within      SUMMONS IN A CIVIL CASE
                               COMPLAINT

On the within named Defendant,          BERNARD J. MCDEVITT          ,

and informed him of the contents on 06/15/2008.

********************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:       MALE                      Height: 5'10"

Race:      WHITE                     Weight: 160

Age:       38

The place and time of day where the documents were served was as follows:

Place:     5521 S NEWLAND AVENUE
           CHICAGO, IL 60638

Time:      10:00AM

********************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 06/15/2008

_____