UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EFREN LOPEZ ET AL

VS                                             CASE NO.08 CV 2305

MC D'S PIZZA, INC. ET AL

T P ZIEMANN           Being first duly sworn on oath deposes and says that he is over the age of 21 and not a party to this cause.

That he served the within     SUMMONS IN A CIVIL CASE
                              COMPLAINT

On the within named Defendant MC D'S PIZZA,    INC. C/O BERNARD J MCDEVITT    ,
by leaving the above mentioned documents with BERNARD J MCDEVITT            ,
who is authorized to accept service of these documents on 06/15/2008, and
informing that person of the contents thereof.
****************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:        MALE                    Height:5'10"

Race:       WHITE                   Weight:160

Age:        38

The place and time of day where the documents were served was as follows:

Place:      5521 S NEWLAND AVENUE
            CHICAGO, IL 60638

Time:       10:00AM
****************************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 06/15/2008

_____
PROCESS SERVER