IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN LOPEZ, on behalf of himself and all other Plaintiffs similarly situated, known and unknown,<br><br>      Plaintiff,<br><br>v.<br><br>MC D'S PIZZA, INC., an Illinois corporation, d/b/a BARNEY'S PIZZA, BERNARD J. MCDEVITT, individually, as President of MC D'S PIZZA, INC., and LEODORO GUTIERREZ,<br><br>      Defendants. | Case No.  08 CV 2305<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cole |

## INITIAL STATUS REPORT

**NOTE ON SERVICE:**  On April 24, 2008, Plaintiff served Notice of Suit and Request for Waiver of Summons upon the defendants, none of which responded by returning the Waiver of Summons.  On May 29, 2008, summons was issued for all defendants.  On June 7, 2008, Defendant Gutierrez was served; Mc D's Pizza, Inc., and Bernard McDevitt were served on June 15, 2008.

To date there has been no appearance filed by, or on behalf of, any defendant, nor has there been contact established between the parties.

**Attorney of Record for Plaintiff:**

Robert W. Maucker
R.W. MAUCKER, P.C.
9231 S. Roberts Road
Hickory Hills, Illinois  60457
(708) 233-3815
ARDC No. 6246907

Mr. Maucker shall act as lead trial attorney.

**1) Nature of claims and Counterclaims.** Plaintiff seeks jurisdiction pursuant to federal question jurisdiction. The action arises under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251, *et seq.* Pendant claims arise under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*, for Defendants' failure to pay Plaintiff and other similarly situated employees overtime pay for time worked in excess of forty (40) hour during individual work weeks. To date there is no counterclaim.

**2) Relief sought by Plaintiff:** Plaintiff seeks money damages to compensate the named Plaintiff, and any others who may be joined as Plaintiffs, for overtime wages not paid. On a preliminary basis of records offered by Plaintiff Lopez' in advance of discovery, Plaintiff claims underpayment extending two years into the past in the approximate amount of $15,000. It is anticipated Plaintiff will claim liquidated damages. Discovery may indicate a justification for punitive damages in the form of a third year's coverage.

**3. Names of parties not served:** All parties have served.

**4. Principal legal issues:** That as an employee of the Defendants the Plaintiff, (and any plaintiffs similarly situated) is entitled to overtime pay pursuant to the Fair Labor Standards Act. That Defendants qualify as employers under the Act.

**5. Principal Factual Issues:** That Plaintiff Lopez was employed by the Defendants during all times relevant to the statute; that he worked overtime hours on a regular and ongoing basis; that Plaintiff Lopez was not compensated for said overtime hours at the time-and-a-half rate required by statute.

**6. List of pending motions and brief summary of motions:** There are no

pending motions.

**7. Description of discovery requested and exchanged:** No discovery has been exchanged to date. Plaintiff anticipates requesting pay records of the business for the last three years covering all employees employed during that time period.

**8. Type of discovery needed:** Written discovery may prove sufficient though if necessary Plaintiff will request the deposition of Mr. McDevitt and possibly Mr. Gutierrez. Expert discovery is not anticipated.

**9. Proposed date for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pretrial order:**

    Plaintiff proposes the following schedule:
| Date | Event |
| --- | --- |
| 7/9/2008 | Rule 26(a)(1) disclosures; |
| 9/26/2008 | Fact discovery completion; |
| 10/24/08 | Expert discovery completion; |
| 11/7/08 | Plaintiff expert discovery report filing date; |
| 11/24/08 | Dispositive motion filing dates; |
| 12/12/08 | Defendant expert discovery report filing date; |
| 1/12/09 | Final pretrial order filing date; |

**10. Estimation of when the case will be ready for trial:** Plaintiff estimates that if th

**11. Probable length of trial:** 2 days maximum.

**12. Whether a request has been made for a jury trial:** Plaintiff has requested trial by jury.

3

**13. Whether there have been settlement discussions, and if so, the outcome of those discussions:**  To date there have been no settlement discussions.

**14. Whether the parties consent to proceed before a Magistrate Judge:**  At this time Plaintiff declines to consent to proceed before a Magistrate Judge.

Respectfully submitted,

EFREN LOPEZ,

By: s/ Robert W. Maucker

Robert W. Maucker
R.W. MAUCKER, P.C.
9231 S. Roberts Road
Hickory Hills, Illinois  60457
(708) 233-3815
ARDC No. 6246907