IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN LOPEZ, on behalf of himself and all other Plaintiffs similarly situated, known and unknown,<br><br>                  Plaintiff,<br><br>v.<br><br>MC D'S PIZZA, INC., an Illinois corporation, d/b/a BARNEY'S PIZZA, BERNARD J. MCDEVITT, individually, as President of MC D'S PIZZA, INC., and LEODORO GUTIERREZ,<br><br>                  Defendants. | Case No.  08 CV 2305<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cole |

**JOINT JURISDICTIONAL STATUS REPORT**

**NOTE ON SERVICE:** On April 24, 2008, Plaintiff served Notice of Suit and Request for Waiver of Summons upon the defendants, none of which responded by returning the Waiver of Summons. On May 29, 2008, summons was issued for all defendants. On June 7, 2008, Defendant Gutierrez was served; Mc D's Pizza, Inc., and Bernard McDevitt were served on June 15, 2008.

To date there has been no appearance filed by, or on behalf of, any defendant, nor has there been contact established between the parties. Thus this report does not represent a joint effort.

**I.  Subject Matter Jurisdiction.** The parties seek jurisdiction pursuant to federal question jurisdiction. The action arises under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251, *et seq.* Pendant claims arise under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*, for Defendants' failure to pay Plaintiff and other similarly situated employees overtime pay for time worked in excess of forty (40) hour during individual work weeks.

Jurisdiction is conferred upon this Court by 28 U.S.C. §1331, arising under the provisions of the Fair Labor Standards Act, 29 U.S.C. §§206 and 207, and the Portal-to-

Portal Act, 29 U.S.C. §251, *et seq.* This court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 with regard to the Illinois statutory claims.

**II. Venue (Plaintiff's Position).** Venue lies in the Northern District of Illinois inasmuch as the events giving rise to Plaintiff's claims occurred in this judicial district and Plaintiff has been domiciled in, and Defendants have been engaged in business in, this District during all times material to this case.

Pursuant to the Fair Labor Standards Act, Plaintiff's claim may extend back as far as three years. The Complaint was filed on April 23, 2008; thus, the relevant time period as to venue extends back to April 23, 2005.

Plaintiff has resided in Cook County, Illinois, since September of 1991. (Please see the "Affidavit of Efren Lopez," attached hereto as Exhibit "A").

Defendant Mc D's Pizza, Inc., has been incorporated in the State of Illinois, under the auspices of Defendant Bernard J. McDevitt, residing at 5521 S. Newland, Chicago, Illinois, since 1993, and is currently in good standing with the Secretary of State. (Please see the "Corporation File Detail Report" regarding Mc D's Pizza, Inc., attached hereto as Exhibit "B"). The business is located at 5648 W. Chicago Avenue, Chicago, Illinois. Additionally Plaintiff's affidavit states that the restaurant has operated in the City of Chicago during the relevant time period.

Defendant Leodoro Gutierrez has served as Manager of Mc D's Pizza, Inc., (a/k/a/ Barney's Pizza) since January of 2007, as per the Affidavit of Efren Lopez.

Respectfully submitted,

EFREN LOPEZ, Plaintiff,

By: s/ Robert W. Maucker

Robert W. Maucker
R.W. Maucker, P.C.
9231 S. Roberts Road
Hickory Hills, Illinois  60457
(708) 233-3815
ARDC No. 6246907

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN LOPEZ, on behalf of himself and all other Plaintiffs similarly situated, known and unknown,<br><br>      Plaintiff,<br><br>v.<br><br>MC D'S PIZZA, INC., an Illinois corporation, d/b/a BARNEY'S PIZZA, BERNARD J. MCDEVITT, individually, as President of MC D'S PIZZA, INC., and LEODORO GUTIERREZ,<br><br>      Defendants. | Case No. 08 CV 2305<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cole |

## AFFIDAVIT OF EFREN LOPEZ

I, EFREN LOPEZ, were I called upon to testify to the matters contained herein, would competently testify as follows:

1. That my name is Efren Lopez, that I am the named Plaintiff in the above-referenced case, that I presently reside in the City of Chicago, Illinois, and that I am over the age of eighteen;

2. That I have lived in the City of Chicago, County of Cook, State of Illinois, since September of 1991;

3. That since the year 2001 I have worked for Mc D's Pizza, Inc., a/k/a Barney's Pizza, and that during that time period said business was at all times located in, and doing business in, the City of Chicago, Illinois, and owned by Bernard McDevitt;

EXHIBIT "A"

4. That since January of 2007, Leodoro Gutierrez has worked as Manager of the business;

**FURTHER THY AFFIANT SAITH NAUGHT.**

*Efren Lopez*
Efren Lopez

Subscribed and sworn before me this 17th of June, 2008.

_____
Notary Public

OFFICIAL SEAL
ROBERT W MAUCKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/21/10

Robert W. Maucker
R.W. Maucker, P.C.
9231 S. Roberts Road
Hickory Hills, Illinois 60457
(708) 233-3815
ARDC No. 6246907



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | MC D'S PIZZA, INC. | File Number | 57464194 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/07/1993 | State | ILLINOIS |
| Agent Name | BERNARD J MCDEVITT | Agent Change Date | 11/23/1998 |
| Agent Street Address | 5521 S NEWLAND | President Name & Address | BERNARD J MCDEVITT 5521 S NEWLAND CHICAGO 60638 |
| Agent City | CHICAGO | Secretary Name & Address | BERNARD J MCDEVITT 5521 S NEWLAND CHICAGO 60638 |
| Agent Zip | 60638 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/17/2007 | For Year | 2007 |
| Assumed Name | INACTIVE - BARNEY'S PIZZA | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT "B"