IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EFRON LOPEZ, on behalf of himself and )
all other Plaintiff's similarly situated, )
known and unknown, )
)
Plaintiff, ) No. 08 CV 2305 NF
)
vs. ) Judge DER- YEGHIAYN
)
MC D'S PIZZA, INC., an Illinois )
Corporation, et. al. )
)
Defendants )

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT ON July 18, 2008 the undersigned filed or caused to be filed, the following:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

a copy of which is hereto attached for your reference.

Dated July 18, 2008                                Respectfully submitted,

                                                   By:   /s/ Akram Zanayed
                                                   One of Defendants' Attorneys

Akram Zanayed (6192587)
Akram Zanayed & Associates
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000

# CERTIFICATE OF SERVICE

I, hereby certify that on July 18, 2008, I served the above and foregoing Defendants' Answer to Plaintiff's Complaint, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Robert W. Maucker<br>R.W. Maucker, P.C.<br>9231 S. Roberts Road<br>Hickory Hills, Il 60457<br>708-233-3815<br>rwmaucker@att.net | |
|---|---|
| ATTORNEY FOR PLAINTIFF | |

By: ___/s/ Akram Zanayed___