IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EFREN LOPEZ, on behalf of himself
And all other Plaintiff's similarly situated,
Know and unknow

   Plaintiff,

vs.

MC D'S PIZZA, INC an Illinois corporation
ET AL,

   Defendants,

)
)
)
)
)
)
)
)
)
)

Case No. 08 CV 2305 NF

Judge Der- Yeghiayan

Magistrate Judge Cole

## DEFENDANT'S ANSWERS TO PLAINTIFF'S COMPLAINT

NOW COMES, Defendant, MC D'S PIZZA INC., an Illinois corporation, d/b/a BARNEY'S PIZZA, BERNARD J. MCDEVITT, individually, as President of MC D'S PIZZA, INC and LEODORO GUTIERREZ by and through his attorneys, AKRAM ZANAYED & ASSOCIATES, and answers Plaintiff's Complaint as follows:

I. **THE NATURE OF THE ACTION**

1. Defendant neither admits nor denies the allegations contained in Paragraph 1 of Plaintiff's Complaint, but demands strict proof thereof.

II. **JURISDICTION AND VENUE**

2. Defendant neither admits nor denies the allegations contained in Paragraph 2 of Plaintiff's Complaint, but demands strict proof thereof.

III. **THE PARTIES**

3. Defendant denies the allegation contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant denies that Plaintiff is involved in interstate commerce and admits each and every other allegation contained in Paragraph 4 of Plaintiff's Complaint, but demands strict proof thereof.

IV. **CLASS ALLEGATIONS**
  (a) **Regarding the Fair Labor Standards Act**

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint, but demands strict proof thereof.

**(b) Regarding the Illinois Minimum Wage Law**

6. Defendant admits and every allegation contained in Paragraph 6 of Plaintiff's Complaint.

**(c) Regarding the Illinois Wage Payment and Collection Act**

7. Defendant denies each and every allegation contained in Paragraph 7 of Plaintiff's Complaint.

V. **Factual Allegations**

8. Defendant denies each and every allegation contained in Paragraph 8 of Plaintiff's Complaint.

**COUNT I**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**

9. Defendants restate and answers each of the preceding paragraph as if fully set forth in Count I.

10. Defendant denies each and every allegation contained in Paragraph 10 of Plaintiff's Complaint.

**WHEREFORE**, the Defendant MC D'S PIZZA, INC. hereby prays that this court dismiss this action and tax all costs to the plaintiff.

**COUNT II**
**WILLFUL VIOLATION OF THE LABOR STANDARDS ACT**

11. Defendant restates and answers each of the preceding paragraph as if fully set forth in Count II.

12. Defendant denies each and every allegation contained in Paragraph 12 of Plaintiff's Complaint.

**WHEREFORE**, the Defendant MC D'S PIZZA, INC. hereby prays that this court dismiss this action and tax all costs to the plaintiff.

**COUNTY III**
**LIQUIDATED DAMAGES**

13. Defendant restates and answers each of the preceding paragraph as if fully set forth in Count III.

14. Defendant denies each and every allegation contained in Paragraph 14 of Plaintiff's Complaint.

## COUNTY IV- A PENDANT STATE LAW CLAIM: VIOLATION OF THE ILLINOIS MINIMUM WAGE LAW

15. Defendant restates and answers and answers each of the preceding paragraph as if fully set forth in Count IV.

16. Defendant denies each and every allegation contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant denies each and every allegation contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant denies each and every allegation contained in Paragraph 18 of Plaintiff's Complaint.

**WHEREFORE**, the Defendant MC D'S PIZZA, INC. hereby prays that this court dismiss this action and tax all costs to the plaintiff.

## COUNT V- A PENDANT STATE LAW CLAIM: VIOLATIONS OF ILLINOIS WAGE PAYMENT AND COLLECTION ACT

19. Defendant restates and answers each of the preceding paragraph as if fully set forth in Count V.

20. Defendant admits each and every allegation contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant admits each and every allegation contained in Paragraph 21 of Plaintiff's Complaint.

22. Defendant denies each and every allegation contained in Paragraph 22 of Plaintiff's Complaint.

**WHEREFORE**, the Defendant MC D'S PIZZA, INC. hereby prays that this court dismiss this action and tax all costs to the plaintiff.

Respectfully Submitted,

*/s/ Akram Zanayed*
Akram Zanayed and Associates

Akram Zanayed and Associates
Attorney for Defendant
8550 S. Harlem, Ste. G
Bridgeview, IL 60455
(708) 237-9000
Attorney No. 14635

## VERIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this pleading are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
MC D'S PIZZA, INC.

_____
BERNARD J. MCDEVITT

_____
LEODORO GUTIERREZ