UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Efren Lopez
                        Plaintiff,

v.                                          Case No.: 1:08−cv−02305
                                                Honorable Samuel Der−Yeghiayan

MC D's Pizza, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 03/19/09 at 9:00 a.m. All fact discovery to be completed by 10/10/08. Plaintiff's expert disclosure and reports shall be served by 10/24/08. Defendants expert disclosures and reports shall be served by 11/07/08. All expert discovery to shall be noticed in time to be completed by 12/05/08. Dispositive motions are to be filed by 01/23/09. Responses to the dispositive motions, if any, are to be filed by 02/06/09 and replies, if any, are to be filed by 02/13/09. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.